UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic Inc.,
    Plaintiff                                                                                                                        CA02-10490REK
    v.

**Russell's Garden Center, Inc. Edmund C. Rice George L. Rice Allison C. Russell Charlotte B. Russell John W. Russell Timothy Skehan Lewis S. Russell,** *Trustee of the 105 Pelham Island Road Trust* **Ann S. Webster,** *Trustee of the 262-292 Boston Post Road Realty Trust*,
    **Defendants**

## NOTICE

    PLEASE TAKE NOTICE that the above entitled matter has been set for hearing on "MOTION for Temporary and Permanent Injunctive Relief" on Tuesday, February 24, 2004 at 11:00 a.m., in courtroom no. 3 on the 3rd floor before the Honorable Robert E. Keeton.

                                                   **Tony Anastas, Clerk of Courts**
                                                   /S/    *Craig J. Nicewicz*

**2/17/2004**
   Date                                          **Craig Nicewicz, Deputy Clerk**
                                                    **617-748-9158**