# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

04cv10290 REK

TO: (Name and Address of Defendant)

John W. Russell
372 Boston Post Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____    _____
CLERK                         DATE  2-11-04

_____
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint* was made by me[1] | DATE Wednesday, February 18, 2004 at 11:00 A.M. |
|---|---|
| NAME OF SERVER<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☒  Served personally upon the defendant. Place where served: __395 Boston Post Road, Wayland, MA__

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  ~~Returned unexecuted~~ *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support of Motion for Admission Pro Hac Vice

☐  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL<br>-- | SERVICES<br>52.35 | TOTAL<br>52.35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __February 18, 2004__
            *Date*

*Signature of Server*

__21 George Street, Lowell, MA  01852__
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.