UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nextel Communications of the Mid-Atlantic Inc., d/b/a Nextel Communications<br><br>                Plaintiff<br><br>v.<br><br>Russell's Garden Center, Inc.; Edmund C. Rice; George L. Rice; Allison C. Russell; Charlotte B. Russell; John W. Russell; Timothy M. Skehan; Charlotte B. Russell Trustee of the 105 Pelham Island Road Trust; Lewis S. Russell, Jr., Trustee of the 105 Pelham Island Road Trust; Timothy Skehan, Trustee of the 101 Pelham Island Road Trust; Ann S. Webster, Trustee of the 262-292 Boston Post Road Realty Trust<br><br>                Defendants | CASE NO.:<br>04-CV-10290-REK |

## ORDER TO SHOW CAUSE

Upon review of the Plaintiffs' Verified Complaint and the Motion for Order to Show Cause, and good cause appearing therefor, it is hereby ordered and decreed that:

1.   The defendants shall appear and show cause at a hearing to be held before this Court on _____, 2004 at _____ a.m./p.m. why the Town of Wayland should not be required to disregard the action pending in the Trial Court for the Commonwealth of Massachusetts, Land Department (Case No. 287705 Misc.), and to fully implement the federal injunction issued on January 3, 2003 by filing the variance granted to Nextel on January 30, 2003 and issuing a building permit to Nextel so that the construction of the Nextel antenna facility can proceed without further delay.

2.   If the Town of Wayland or any other interested party with notice hereof wishes to be heard, the Town or such party shall appear at such hearing.

     3.     Nextel shall cause a true copy of this Order and the Motion upon which it has been issued to be delivered to each of the defendants at their respective last known addresses no later than _____, 2004, and to the Town Clerk of the Town of Wayland no later than _____, 2004.  Such service shall be deemed good and sufficient.

SO ORDERED.

Dated: _____              _____, U.S.D.J.

J:\wdox\docs\clients\10339\61411\M0560496.DOC