# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### SUMMONS IN A CIVIL ACTION

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

V.                                    CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

TO: (Name and Address of Defendant)        04 cv 10290 REK

Russell's Garden Center, Inc.
397 Boston Post Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

_____                    _____ 2-11-04 _____
CLERK                                          DATE

_____
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE | Wednesday, February 18, 2004 at 11:00 A.M. |
|---|---|---|
| NAME OF SERVER<br>Lawrence Hickey | TITLE | Constable |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____
_____
_____

☒  Other (specify): (corporation) by delivering attested copies to John W. Russell, Owner in-hand at 395 Boston Post Road, Wayland, MA.  *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support of Motion for Admission Pro Hac Vice

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| --- | 52.35 | 52.35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___February 18, 2004_____
_____Date_____

Signature of Server _____

21 George Street, Lowell, MA  01852
_____Address of Server_____

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

### SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

04 cv 10290 REK

TO: (Name and Address of Defendant)

John W. Russell
372 Boston Post Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

CLERK _____    DATE _____ 2-11-04

BY DEPUTY CLERK _____

## RETURN OF SERVICE

| Service of the Summons and Complaint* was made by me[1] | DATE Wednesday, February 18, 2004 at 11:00 A.M. |
|---|---|
| NAME OF SERVER<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ___395 Boston Post Road, Wayland, MA___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ R̶e̶t̶u̶r̶n̶e̶d̶ ̶u̶n̶e̶x̶e̶c̶u̶t̶e̶d̶ *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support of Motion for Admission Pro Hac Vice

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL<br>-- | SERVICES<br>52.35 | TOTAL<br>52.35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___February 18, 2004___
    Date

Signature of Server _____

___21 George Street, Lowell, MA  01852___
Address of Server

---

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

## 04 cv 10290 REK

TO: (Name and Address of Defendant)

Allison C. Russell
372 Boston Post Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

CLERK

DATE    2/1/04

BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE Wednesday, February 18, 2004 at 11:00 A.M. |
|---|---|
| NAME OF SERVER<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☒  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ___John W. Russell____

☐  ~~Returned unexecuted:~~  Copies were also mailed first-class postage prepaid to 395 Boston Post Road, Wayland, MA.  *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support of Motion for Admission Pro Hac Vice

☐  Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -- | 52.35 | 52.35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___February 18, 2004___          _signature_
                    *Date*                   *Signature of Server*

___21 George Street, Lowell, MA  01852___
*Address of Server*

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

### SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

## 04 CV 10290 REK

TO: (Name and Address of Defendant)

Charlotte B. Russell
105 Pelham Island Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

CLERK

DATE     2-11-04

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint*was made by me[1] | DATE Wednesday, February 18, 2004 at 11:00 A.M. |
| NAME OF SERVER<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____
     _____
     _____

☒    Other (specify):   (last and usual)
     by delivering attested copies to her last and usual place of abode, to wit: 105 Pelham Island Road, Wayland, MA, adn by mailing copies first-class postage prepaid to same on Wednesday, February 18, 2004 at 11:20 A.M. *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -- | 52.35 | 52.35 |

### DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    February 18, 2004
               Date                     Signature of Server

     21 George Street, Lowell, MA  01852
     Address of Server

_____

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

### SUMMONS IN A CIVIL ACTION

V.

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

CASE NUMBER: _____

04 ⎯ 10290 REK

TO: (Name and Address of Defendant)

Charlotte B. Russell, Trustee of
105 Pelham Island Road Trust
105 Pelham Island Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

CLERK

DATE    2-11-04

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Wednesday, February 18, 2004 at 11:00 A.M. |
| NAME OF SERVER<br>    Lawrence Hickey | TITLE<br>    Constable |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____
_____
_____

☒   Other (specify): __(last and usual)__ by delivering attested copies to her last and usual place of abode, to wit: 105 Pelham Island Road, Wayland, MA, and by mailing copies to same via first-class postage prepaid on Wednesday, February 18, 2004. *along with Civil Cover Sheet, Notice of Hearing on Moiton, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -- | 52.35 | 52.35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___February 18, 2004___
               *Date*

Signature of Server

21 George Street, Lowell, MA  01852
*Address of Server*

_____

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2·20·04

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CIVIL ACTION

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

V.

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

CASE NUMBER: _____

# 04 CV 10290 REK

TO: (Name and Address of Defendant)

Timothy M. Skehan, Trustee of
101 Pelham Island Road Trust
101 Pelham Island Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

CLERK

DATE    2-11-04

BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE Wednesday, February 18, 2004 at 11:15 A.M. |
|---|---|
| NAME OF SERVER<br>    Lawrence Hickey | TITLE<br>    Constable |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____
   _____
   _____

☒  Other (specify): (last and usual) by delivering attested copies to his last and usual place of abode, to wit; 101 Pelham Island Road, Wayland, MA, and by mailing copies first-class postage prepaid to same.  *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -- | 52.35 | 52.35 |

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____February 18, 2004_____            _____
                         *Date*                                    *Signature of Server*


                21 George Street, Lowell, MA  01852
                *Address of Server*

---

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

### V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

## 04 C 10290 REK

TO: (Name and Address of Defendant)

Timothy M. Skehan
101 Pelham Island Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

_____          DATE          _2-11-04_
CLERK

_____
BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Wednesday, February 18, 2004 at 11:15 A.M. |
| NAME OF SERVER  Lawrence Hickey | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____
    _____
    _____

☒   Other (specify): __(last and usual) by delivering attested copies to his last and usual place of abode, to wit: 101 Pelham Island Road, Wayland, MA, and by mailing copies first-class postage prepaid to same. *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injuncitve Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES  52.35 | TOTAL  52.35 |
|---|---|---|---|
| -- | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 18, 2004
                    *Date*

_____
*Signature of Server*

21 George Street, Lowell, MA  01852
*Address of Server*

---

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic, Inc..
d/b/a Nextel Communications

### SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

TO: (Name and Address of Defendant)

George L. Rice, Jr.
2 Old Sudbury Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

_____          _____
CLERK                                     DATE        2·11·04

_____
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint *was made by me[1] | DATE Wednesday, February 18, 2004 at 11:50 P.M. |
|---|---|
| NAME OF SERVER<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____
_____
_____

☒   Other (specify): __(last and usual) by delivering attested copies to his last and usual place of abode, to wit: 2 Old Sudbury Road, Wayland, MA, and by mailing copies first-class postage prepaid to same. *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support__

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL |
|---|---|---|---|
| -- | | 52.35 | 52.35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **February 18, 2004**
            *Date*

           *Signature of Server*

        **21 George Street, Lowell, MA  01852**
        *Address of Server*

---

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

TO: (Name and Address of Defendant)

Edmund C. Rice
10 Old Sudbury Road
Wayland, Massachusetts

04cv10290 REK

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

TONY ANASTAS

_____
CLERK

_____
BY DEPUTY CLERK

DATE   2·11-04

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE Wednesday, February 18, 2004 at 11:50 A.M. |
|---|---|
| NAME OF SERVER    Lawrence Hickey | TITLE   Constable |

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant. Place where served: _____

☒   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then
residing therein.
Name of person with whom the summons and complaint were left: __person of suitable age and discretion,
who would not identify herself. Copies were also mailed first-class postage

☐   ~~Returned unexecuted~~ postage prepaid to 10 Old Sudbury ³ Road, Wayland, MA. *along
with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and
Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac
Vice and Declaration of Steven E. Grill in Support of Motion

☐   Other (specify): _____

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL    -- | SERVICES    52.35 | TOTAL    52.35 |
|---|---|---|

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return
of Service and Statement of Service Fees is true and correct.

Executed on    February 18, 2004         _____
                *Date*                      *Signature of Server*

           21 George Street, Lowell, MA   01852
           *Address of Server*

_____

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CIVIL ACTION

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

### V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

## 04 10290 REK

TO: (Name and Address of Defendant)

Ann S. Webster, Trustee of
262-292 Boston Post Road Realty Trust
100 Walden Street
Concord, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

CLERK _____

DATE _____ 2-11-04 _____

BY DEPUTY CLERK OF MASSACHUSETTS

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE Wednesday, February 18, 2004 at 12:15 P.M. |
|---|---|
| NAME OF SERVER<br>    Lawrence Hickey | TITLE<br>    Constable |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____
_____
_____

☒   Other (specify): __(last and usual) by delivering attested copies to her last and usual place of abode, to wit; 100 Walden Street, Concord, MA, and by mailing copies first class postage prepaid to same. *along with Civil Cover Sheet, Notice of Hearing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support of Motion__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 52.35 | 52.35 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   __February 18, 2004__          _____
                    *Date*                       *Signature of Server*

       __21 George Street, Lowell, MA  01852__
       *Address of Server*

---

[1])As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

V.

CASE NUMBER: _____

Russell's Garden Center, Inc.; Edmund C. Rice;
George L. Rice; Allison C. Russell; Charlotte B.
Russell; John W. Russell; Timothy M. Skehan;
Charlotte B. Russell, Trustee of the 105 Pelham
Island Road Trust; Lewis S. Russell, Jr., Trustee of
the 105 Pelham Island Road Trust; Timothy Skehan,
Trustee of the 101 Pelham Island Road Trust; Ann S.
Webster, Trustee of the 262-292 Boston Post Road Realty Trust

04c 10290 REK

TO: (Name and Address of Defendant)

Lewis S. Russell, Jr.
105 Island Pond Road
Wayland, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

_____                    _____
CLERK                                         DATE              2-11-04

_____
BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] * | DATE Wednesday, February 18, 2004 |

| NAME OF SERVER | TITLE |
|---|---|
| Lawrence Hickey | Constable |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
       Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____
_____
_____

☑    Other (specify): ___(last and usual)__ by delivering attested copies to his last and usual place of abode, to wit: 105 Pelham Island Road, Wayland, MA, and by mailing copies first-class postage prepaid to same. *along with Civil Cover Sheet, Notice of Heraing on Motion, Motion for Temporary and Permanent Injunctive Relief with Points of Law, Motion for Admission Pro Hac Vice and Declaration of Steven E. Grill in Support

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -- | 52.35 | 52.35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    Lawrence Hickey
            *Date*

            *Signature of Server*

            21 George Street, Lowell, MA  01852
            *Address of Server*

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.