UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nextel Communications of the Mid-Atlantic Inc., d/b/a ) <br> Nextel Communications ) <br>                               Plaintiff ) <br>       ) <br>   v.   ) <br>       ) <br> Russell's Garden Center, Inc.; Edmund C. Rice; ) <br> George L. Rice; Allison C. Russell; Charlotte B. Russell; ) <br> John W. Russell; Timothy M. Skehan; Charlotte B. Russell ) <br> Trustee of the 105 Pelham Island Road Trust;  Lewis S. ) <br> Russell, Jr., Trustee of  the 105 Pelham Island Road ) <br> Trust; Timothy Skehan, Trustee of the 101 Pelham Island ) <br> Road Trust; Ann S. Webster, Trustee of the 262-292 ) <br> Boston Post Road Realty Trust ) <br>       ) <br>       ) <br>                               Defendants ) | CASE NO.: <br> 04-CV-10290-REK |

## AMENDED CERTIFICATE OF SERVICE

I, Steven E. Grill, Esquire, hereby certify that on April 12, 2004, I caused a copy of the within Order to Show Cause, and the Motion upon which it was issued, to be delivered by overnight mail addressed to the last known address of each of the defendants in this case.  I further certify that I also caused a copy of said Order to Show Cause and the Motion upon which it was issued to be delivered to the Town Clerk of the Town of Wayland by overnight mail, addressed to the said Clerk at his official address.

I further certify that I was unaware that the Order to Show Cause had been signed by the Court until April 12, 2004, which was the date on which it was docketed.  I took the steps described above immediately in order to notify the defendants.  I also have sent a copy by facsimile to the counsel for the Town of Wayland.

Dated:  April 13, 2004                                  /s/ Steven E. Grill
                                                                               Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\61411\M0577199.DOC