UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nextel Communications of the Mid-Atlantic Inc., d/b/a ) <br> Nextel Communications ) <br>                             Plaintiff ) <br> ) <br>   v. ) <br> ) <br> Russell's Garden Center, Inc.; Edmund C. Rice; ) <br> George L. Rice; Allison C. Russell; Charlotte B. Russell; ) <br> John W. Russell; Timothy M. Skehan; Charlotte B. Russell ) <br> Trustee of the 105 Pelham Island Road Trust; Lewis S. ) <br> Russell, Jr., Trustee of the 105 Pelham Island Road ) <br> Trust; Timothy Skehan, Trustee of the 101 Pelham Island ) <br> Road Trust; Ann S. Webster, Trustee of the 262-292 ) <br> Boston Post Road Realty Trust ) <br> ) <br> ) <br>                          Defendants ) | CASE NO.: <br> 04-CV-10290-REK |

## **NOTICE OF CHANGE IN HEARING DATE**

Please take notice that the hearing on the Order to Show Cause originally scheduled for Tuesday, April 20, 2004 at 11:00 a.m. has been continued to Tuesday, May 11, 2004 at 11:00 a.m.

                                             Respectfully submitted,

                                             **NEXTEL COMMUNICATIONS OF**
                                             **THE MID-ATLANTIC, INC., d/b/a**
                                             **NEXTEL COMMUNICATIONS**

                                             By its attorneys,

                                             **DEVINE, MILLIMET & BRANCH, P.A.**

Date: __4/16/04__                 By: ___/s/ Steven E. Grill_____
                                                Steven E. Grill, Esquire
                                                111 Amherst Street, PO Box 719
                                                Manchester, NH 03105
                                                (603) 669-1000

**CERTIFICATION**

I hereby certify that on the 16th day of April 2004, copies of the foregoing *Notice of Change in Hearing Date* were forwarded to each of the defendants and to Patricia Cantor, Esquire and Mark Lanza, Esquire, counsel for the Town of Wayland by Federal Express.

    /s/ Steven E. Grill_____
Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\61411\M0578811.DOC