UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nextel Communications of the Mid-Atlantic Inc., d/b/a Nextel Communications<br>　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>Russell's Garden Center, Inc.; Edmund C. Rice; George L. Rice; Allison C. Russell; Charlotte B. Russell; John W. Russell; Timothy M. Skehan; Charlotte B. Russell Trustee of the 105 Pelham Island Road Trust; Lewis S. Russell, Jr., Trustee of the 105 Pelham Island Road Trust; Timothy Skehan, Trustee of the 101 Pelham Island Road Trust; Ann S. Webster, Trustee of the 262-292 Boston Post Road Realty Trust<br><br>　　　　　　　　　　　Defendants | CASE NO.:<br>04-CV-10290-REK |

## CERTIFICATE OF SERVICE

I, Steven E. Grill, Esquire, hereby certify that on April 16, 2004, I caused a copy of the within Notice of Change in Hearing Date on the Order to Show Cause to be delivered by overnight mail addressed to the last known address of each of the defendants in this case. I further certify that I also caused a copy of said Notice to be delivered to Patricia Cantor, Esquire and Mark Lanza, Esquire, counsel of record for the Town of Wayland, also by overnight mail.

Dated: April 16, 2004　　　　　　　　　　　　　/s/ Steven E. Grill_____
　　　　　　　　　　　　　　　　　　　　　　　　Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\61411\M0578814.DOC